# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PORIFIRIO ALEQUINE et al. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-00008-PD |
| JAMES M. BAKER et al. | : | |
| | : | |

## ORDER

**AND NOW**, this 12th day of August, 2011, it having been reported that the issues between the Parties in the above action have been settled, it is **ORDERED** that the action is **DISMISSED**. The Clerk of Court shall **CLOSE** this case for statistical purposes.

**IT IS SO ORDERED.**

_____
**Paul S. Diamond, J.**